UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN CULP and BETH E. CULP, a marital community,

                Plaintiffs,

    vs.

STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company,

                Defendant.

No. 3:23-cv-05082-BHS

**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO ANSWER COMPLAINT**

This matter came on before the Court on the parties' Stipulated Motion to Extend Time to Answer Complaint, and the Court hereby ORDERS as follows:

    1.    The parties' Stipulated Motion is hereby **GRANTED**.

    2.    State Farm's deadline to file its Answer is extended to April 14, 2023.

DATED this 6th day of March, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

1

2  Presented by:

3

   FORSBERG & UMLAUF, P.S.
4

5  By: *s/Ryan J. Hesselgesser*
   Ryan J. Hesselgesser, WSBA #40720
6  Kara A. Tredway, WSBA #44984
   901 Fifth Avenue, Suite 1400
7  Seattle, WA  98164
   Phone:  (206) 689-8500
8  Email: rhesselgesser@foum.law
   Email: ktredway@foum.law
9  *Attorneys for Defendant*

10

11
   FOREMAN STURM & THEDE, LLP
12
   *s/Nicholas A. Thede*
13 Nicholas A. Thede, WSBA #43765
   Kyle A. Sturm, pro hac vice forthcoming
14 Scott W. MacLaren, WSBA #53241
   3519 NE 15th Avenue #489
15 Portland, OR 97212
   Phone: (503) 206-5824
16 Email: nick.thede@foremansturm.com
          Kyle.sturm@foremansturm.com
17         scott@foremannsturm.com
   *Attorneys for Plaintiffs*
18

19

20

21

22

23

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO ANSWER
COMPLAINT – 2
CAUSE NO. 3:23-CV-05082-BHS

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX