**Honorable Jamal N. Whitehead**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN CULP and BETH E. CULP, a marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company,<br><br>Defendant. | No. 3:23-cv-05082-JNW<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>**NOTE ON MOTION CALENDAR: JANUARY 29, 2024** |

## **STIPULATION**

Plaintiffs and Defendant, by and through their respective counsel, hereby stipulate that all claims against Defendant State Farm Fire & Casualty Company may be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims may be entered.

Dated this 29th day of January, 2024.

FORSBERG & UMLAUF, P.S.

*s/Kara A. Tredway*
Ryan J. Hesselgesser, WSBA #40720
Kara A. Tredway, WSBA #44984
*Attorneys for Defendant State Farm Fire & Casualty Company*

Dated this 29th day of January, 2024.

FOREMAN STURM THEDE

*s/Nicholas A. Thede*
Scott A. MacLaren, WSBA #53241
Nicholas A. Thede, WSBA #43765
*Attorneys for Plaintiffs*

STIPULATION AND ORDER OF DISMISSAL – 1
CAUSE NO. 3:23-CV-05082-JNW

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

**ORDER**

THIS MATTER having come on before the above-entitled court on the above stipulation of Plaintiffs and Defendant through their counsel of record, now, therefore, it is hereby ORDERED that all claims against Defendant State Farm Fire and Casualty Company herein be dismissed with prejudice and without costs or attorney's fees to any party.

DONE this 1st day of February, 2024.

*[signature]*
Jamal N. Whitehead
United States District Judge

Presented by:

FORSBERG & UMLAUF, P.S.

*s/Kara A. Tredway*
Ryan J. Hesselgesser, WSBA #40720
Kara A. Tredway, WSBA #44984
*Attorneys for Defendant State Farm Fire & Casualty Company*

FOREMAN STURM THEDE

*s/Nicholas A. Thede*
Scott A. MacLaren, WSBA #53241
Nicholas A. Thede, WSBA #43765
*Attorneys for Plaintiffs*

STIPULATION AND ORDER OF DISMISSAL – 2
CAUSE NO. 3:23-CV-05082-JNW

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX